FILED
CLERK, U S DISTRICT COURT

MAY - 5 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LOUIS SCOTT,

        Plaintiff,
vs.

COUNTY OF LOS ANGELES, et al.,

        Defendants.

CASE NO. CV 02-9324-SVW(E)

NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND THE LODGING OF PROPOSED JUDGMENT AND/OR ORDER

Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

TO: All Parties of Record

Louis Scott
9540 S. Western Ave., Apt. 4
Los Angeles, CA 90047

You are hereby notified that pursuant to the Local Rules Governing Duties of Magistrate Judges, the Magistrate Judge's report and recommendation has been filed and a proposed judgment and/or order has been lodged on May 2, 2003, copies of which are attached.

Any party having objections to the report and recommendation and the proposed judgment and/or order shall, not later than 20 days, file and serve a written statement of objections with points and authorities in support thereof before the Honorable CHARLES F. EICK, U.S. Magistrate Judge.

Failure to so object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of objections, or upon the lapse of the time for filing objections, the case will be submitted to the District Judge for disposition. Following entry of judgment and/or order, all motions or other matters in the case will be considered and determined by the District Court Judge.

The Report and Recommendation of a Magistrate Judge is not a final appealable order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a judgment and/or order by the District Judge.

Dated: May 5, 2003

                                  CLERK, UNITED STATES DISTRICT COURT

                                  By _____
                                      Stacey Pierson
                                      Deputy Clerk

Attachments

M-51(6/98)    NOTICE OF FILING MAGISTRATE JUDGE'S REPORT AND
            RECOMMENDATION AND THE LODGING OF PROPOSED JUDGMENT AND/OR ORDER=



MAY 6 2003
CV

9

FILED
CLERK, U.S DISTRICT COURT
MAY - 2 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SCOTT, | NO. CV 02-9324-SVW(E) |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION OF |
| COUNTY OF LOS ANGELES, et al., | UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

This Report and Recommendation is submitted to the Honorable Stephen V. Wilson, United States District Judge, pursuant to 28 U.S.C. § 636 and General Order 01-13 of the United States District Court for the Central District of California.

PROCEEDINGS

Plaintiff, pro se and in forma pauperis, filed a "Complaint for Damages" on December 18, 2002. On December 30, 2002, the Magistrate Judge ordered that the United States Marshal's Office serve the summons and complaint upon the Defendants.

On or about April 1, 2003, the Marshal's Office informed the Court that Plaintiff had failed to provide sufficient information or documentation to enable the Marshal's Office to effect service on the Defendants. The Magistrate Judge ordered that, within thirty (30) days of April 1, 2003, Plaintiff show cause, if there be any, why this action should not be dismissed for failure to prosecute. The Magistrate Judge's order cautioned that "[f]ailure timely to comply with this order may be deemed consent to the dismissal of this action."

Plaintiff did not respond to the Magistrate Judge's order within the allotted time. Defendants remain unserved.

**DISCUSSION**

"[A] plaintiff relying upon the U.S. Marshal for service must provide the necessary information and documents to effectuate service." <u>Friday v. United States Department of Justice</u>, 1994 WL 48956 *1 (D. Or. Feb. 7, 1994) (citing <u>Puett v. Blandford</u>, 912 F.2d 270, 275 (9th Cir. 1990). In the present case, the Court ordered service by the Marshal, but Plaintiff has failed to provide the Marshal with the necessary information and documentation to effectuate service. Plaintiff has not accomplished service himself. Plaintiff did not respond to the Magistrate Judge's order within the allotted time. Consequently, this action should be dismissed without prejudice. <u>Id.</u>; <u>see also</u> <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30 (1962) (court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to

1  prosecute); cf. Fed. R. Civ. P. 4(m) (authorizing dismissal of action
2  without prejudice where plaintiff does not show good cause for a
3  failure to serve the summons and complaint within 120 days after the
4  filing of the complaint).

## RECOMMENDATION

For all of the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing this action without prejudice.

DATED: May 2, 2003.

/s/ Charles F. Eick
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1 **NOTICE**
2       Reports and Recommendations are not appealable to the Court of
3 Appeals, but may be subject to the right of any party to file
4 objections as provided in the Local Rules Governing the Duties of
5 Magistrate Judges and review by the District Judge whose initials
6 appear in the docket number. No notice of appeal pursuant to the
7 Federal Rules of Appellate Procedure should be filed until entry of
8 the judgment of the District Court.

*[Filed stamp: MAY -2 2003, CLERK U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | NO. CV 02-9324-SVW(E)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

　　　　IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

　　　　IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff.

　　　　DATED: _____, 2003.

　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SCOTT, | NO. CV 02-9324-SVW(E) |
|     Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
|     Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____, 2003.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE